UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60788-CIV-SMITH

JALISA MELTON,

    Plaintiff,

vs.

CITY OF HOLLYWOOD,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 19], in which the Magistrate Judge recommends that Defendant be awarded **$1,900.95** in costs to be paid to Defendant's counsel. No objections have been filed. Having reviewed, *de novo*, the Magistrate Judge's Report and Recommendation to District Judge and the record, and given that there are no objections, it is **ORDERED** that:

    1)    The Report and Recommendation to District Judge [DE 19] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

    2)    Defendant's Amended Motion to Tax Costs [DE 17] is **GRANTED.** Defendant is awarded **$1,900.95** in costs.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 23rd day of June 2023.

                                                                                             RODNEY SMITH
                                                                            UNITED STATES DISTRICT JUDGE

cc:  Counsel of record